## SPECTOR GADON & ROSEN, P.C.

| | | |
|---|---|---|
| NEW JERSEY OFFICE:<br>ONE GREENTREE CENTRE<br>10,000 LINCOLN DRIVE EAST<br>SUITE 201<br>MARLTON, NJ  08053<br>(856) 778-8100<br>FAX:  (215) 241-8844<br><br>NEW YORK OFFICE:<br>ONE PENN PLAZA<br>36TH FLOOR<br>NEW YORK, NY  10119<br>[212] 786-7394<br><br>E-MAIL<br>rwolf@lawsgr.com | ATTORNEYS AT LAW<br>SEVEN PENN CENTER<br>1635 MARKET STREET<br>SEVENTH FLOOR<br>PHILADELPHIA, PENNSYLVANIA  19103<br>[215] 241-8888<br>DIRECT: [215] 241-8903<br>FAX: [215] 241-8844<br>WWW.LAWSGR.COM | FLORIDA OFFICE:<br>360 CENTRAL AVENUE<br>SUITE 1550<br>ST. PETERSBURG, FL 33701<br>[727] 896-4600<br>DIRECT:  [727] 490-4086<br>FAX: [727] 896-4604<br><br>*Randi A. Wolf\**<br><br>*\*Licensed to Practice in*<br>  *Pennsylvania and New Jersey* |

July 5, 2012

**VIA ECF, REGULAR MAIL AND FACSIMILE**

The Honorable Cathy L. Waldor
United States District Court for the
 District of New Jersey
Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, NJ 07101

  Re: Guillermo Martillo v. LTD Financial Services
    U.S.D.C. - NJ; 2:12-cv-03069-ES-CLW
    Our File No. 59289-004

Dear Judge Waldor:

  The undersigned represents Defendant, LTD Financial Services, in connection with the above-captioned matter.  This matter is schedule for an Initial Pre-Trial Conference to take place on July 18, 2012 at 10:30 a.m. before Your Honor.  The undersigned on behalf of my colleague, Jonathan J. Greystone, Esquire, personal counsel to LTD Financial Services, I write to advise that Mr. Greystone has a conflict with that date and as such, by this correspondence respectfully makes a request for an adjournment of the Initial Pre-Trial Conference.

  The basis for the undersigned's request for an adjournment of the Initial Pre-Trial Conference scheduled for July 18, 2012 is as a result of Jonathan Greystone having to attend to a matter in London, U.K. from July 18, 2012 through July 24, 2012.  There have been no previous requests for an adjournment of this Initial Pre-Trial Conference.  The request for adjournment does not effect any other scheduled dates in the instant matter.

  Mr. Greystone has contacted counsel for Plaintiff who has no objection to the adjournment.

   This adjournment is made more than two days prior to the scheduled Initial Pre-Trial Conference date.

  Thank You for Your consideration with regard to the foregoing request.

1427913-1

**SPECTOR GADON & ROSEN, P.C.**
       ATTORNEYS AT LAW

July 5, 2012
Page -2-

                                      Very truly yours,

                                      SPECTOR, GADON & ROSEN, P.C.


                                      By: /s/ Randi A. Wolf
                                            Randi A. Wolf, Esquire

RAW/jg
Cc:    Aryeh Pomerantz, Esquire (via email)
        Benjamin Nazmiyai Law Group, P.C.
        209 Main Street, Suite 3A
        Fort Lee, NJ 07024

**SPECTOR GADON & ROSEN, P.C.**

1427913-1